```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ZHONG HUANG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-3585 |
| JOHN ASHCROFT et al. | | |

### **O R D E R**

AND NOW, this          day of                    , 2002, it is Ordered that the above captioned Petition for Writ of Habeas Corpus is dismissed as moot.  Petitioner has now been released from INS custody.


                                        BY THE COURT:


                                        _____
                                                               J.


Civ 12 (9/83)